No. 652. BARD ET AL. *v.* DASHO ET AL. C. A. 7th Cir. Certiorari denied. *Allen E. Throop* for Bard et al., and *Samuel Weisbard* for Lauhoff, petitioners. *Malcolm M. Gaynor* for respondents.

No. 654. FARKAS *v.* TEXAS INSTRUMENTS, INC., ET AL. C. A. 5th Cir. Certiorari denied. *William D. Neary* for respondent Texas Instruments, Inc.

No. 655. LONE STAR STEEL Co. *v.* McGEE. C. A. 5th Cir. Certiorari denied. *Spencer C. Relyea III* for petitioner. *Franklin Jones, Sr.,* for respondent.

No. 662. ETS-HOKIN & GALVAN, INC. *v.* MAAS TRANSPORT, INC., ET AL. C. A. 8th Cir. Certiorari denied. *Jesse Feldman* for petitioner. *Dean Winkjer* for Maas Transport, Inc., and *Frank F. Jestrab* for Lawrence Transportation, respondents.

No. 88. BROWN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Raymond W. Bergan* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 471. PEELER ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. René Hawkins* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Grant W. Wiprud* and *Thomas L. Stapleton* for the United States.

No. 475. WOOD ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Clarence P. Brazill, Jr.,* for peti-